UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PHEAP JOHNSON,

    **Plaintiff,**

v.                            Case No. 3:18-cv-459-J-39MCR

MAC PAPERS, INC.,

    **Defendant.**
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Notice of Voluntary Dismissal With Prejudice (Doc. No. 13; Notice) filed on March 7, 2019. In the Notice, Plaintiff requests dismissal of this case. See Notice at 1.

Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 8th day of March, 2019.

BRIAN J. DAVIS
United States District Judge

**Copies furnished to:**

Counsel of Record

ap